No. 622. PHILLIPS v. COMMISSIONER OF INTERNAL REVENUE;

No. 623. PHILLIPS v. COMMISSIONER OF INTERNAL REVENUE;

No. 624. PHILLIPS v. COMMISSIONER OF INTERNAL REVENUE;

No. 625. PHILLIPS v. COMMISSIONER OF INTERNAL REVENUE;

No. 626. PHILLIPS v. COMMISSIONER OF INTERNAL REVENUE;

No. 627. SUCCOP v. COMMISSIONER OF INTERNAL REVENUE;

No. 628. ESTATE OF PHILLIPS ET AL. v. COMMISSIONER OF INTERNAL REVENUE;

No. 629. ESTATE OF PHILLIPS v. COMMISSIONER OF INTERNAL REVENUE; and

No. 630. BISIKER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *W. A. Seifert* and *Sidney B. Gambill* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Hilbert P. Zarky* for respondent.

No. 666. MONOLITH PORTLAND MIDWEST CO. v. RECONSTRUCTION FINANCE CORPORATION. C. A. 9th Cir. Certiorari denied. *Welburn Mayock* and *Joseph T. Enright* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Samuel D. Slade* for respondent.

No. 676. CARPENTER v. NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. *W. H. Strickland* for petitioner. *Harry McMullan,* Attorney General of North Carolina, and *T. W. Bruton,* Assistant Attorney General, for respondent.